TO: The CRIMINAL COURT OF APPEAL
TO: The DISTRICT CLERK
Able acosta

NOV 12, 2015
50,053-08

WRIT
W10-24557-J (B)

From: ORVIS WAYNE PORTER
#0151565
JACK, HARWELL JAIl
3101 E. MARLIN HWY
WACO, TeyaS 76705

I would like to know if the court have Ruled on my 11.07 writ HABUS CORPUS - Could you please send me the INFORMATION, Thank you!

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk